IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN GARCIA, | § | |
|     Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:11-cv-3362-O |
| PNC MORTGAGE and PNC BANK NATIONAL ASSOCIATION, | § § § | |
|     Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's claims against Defendants are **DISMISSED** with prejudice.

**SO ORDERED** on this **22nd day** of **March, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**